

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00155 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JEFFERY L. HILL | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about July 24, 2020, the defendant,

JEFFERY L. HILL,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Possession of Firearms by Certain Persons and Possession of Drug Paraphernalia, in Faulkner County, Arkansas, Circuit Court in Case Number 23CR-18-1134;

2.  Possession of a Controlled Substance, in Faulkner County, Arkansas, Circuit Court in Case Number 2015-203; and

3.  Possession of a Controlled Substance, in Pulaski County, Arkansas Circuit Court in Case Number 2006-225.

B.  On or about July 24, 2020, in the Eastern District of Arkansas, the defendant,

JEFFERY L. HILL,

knowingly possessed, in and affecting commerce, one or more of the following:

1



1. A firearm, that is: a Taurus International Manufacturing, Model 45-410 "The Judge," .45LC/.410 caliber revolver, bearing serial number JR691973; and

2. One or more rounds of Colt .45 ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A. On or about October 25, 2020, the defendant,

JEFFERY L. HILL,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of Firearms by Certain Persons and Possession of Drug Paraphernalia, in Faulkner County, Arkansas, Circuit Court in Case Number 23CR-18-1134;

2. Possession of a Controlled Substance, in Faulkner County, Arkansas, Circuit Court in Case Number 2015-203; and

3. Possession of a Controlled Substance, in Pulaski County, Arkansas Circuit Court in Case Number 2006-225.

B. On or about October 25, 2020, in the Eastern District of Arkansas, the defendant,

JEFFERY L. HILL,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson, model M&P Shield, 9x19mm semi-automatic pistol, bearing serial number JEY3133, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 and/or 2 of this Indictment, the defendant, Jeffery L. Hill, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]