UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                    CASE NO. 4:21-CR-00155 BSM

JEFFERY L. HILL

## ORDER

The Clerk of the Court is directed to unseal the Indictment in this case.

Dated this 10th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE