MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): __3 min__
ARRAIGNMENT, Length of Hearing (minutes): __3 min__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 11 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.                        Case No.: 4:21CR00155-01 BSM

Jeffery L. Hill

## PLEA AND ARRAIGNMENT REPORT

Plea Date: __6/11/2021__          Deft is __✓__ is not ____ in custody
Continued Until: _____       ____ Deft did not appear
Reason for continuance _____    ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: __Liza Jane Brown__
Defense Counsel: __Blake Hendrix__ (__Appointed__ / Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT                CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty __✓__                           Not Guilty _____
Guilty (indicates desire) _____           Guilty _____
Nolo Contendere (desire) _____            Nolo Contendere _____

____ Demands Trial by Jury                 ____ Waives Jury Trial
                                                 Deft agrees _____
                                                 Govt agrees _____

### BAIL

Bail Set at __Not joined__, By: __PSA__  Date: __6/11/21__
__bond hearing to be scheduled__

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **7/19/2021 @ 9:30 a.m.**, before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other: _____

DATE: __6/11/2021__             SO ORDERED: _____
                                U. S. MAGISTRATE JUDGE