## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 11 2021

JAMES W. McCORMACK, CLERK
By: _____, CLERK
DEP CLERK

**V.**                                    **NO. 4:21-CR-00155 BSM**

**JEFFERY L. HILL**

### TEMPORARY ORDER OF DETENTION

The defendant appeared with counsel on June 11, 2021 for a plea and arraignment hearing.   The United States moved for detention, and counsel for defendant requested a bond hearing.   Defendant is temporarily remanded to the custody of the United States Marshal Service pending a bond hearing being held.

IT IS SO ORDERED this 11th day of June, 2021.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE