# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

*Received 2021 JUN -2 PM 12:46*

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN **1 6** 2021

**JAMES W. McCORMACK, CLERK**
By:_____
DEP CLERK



United States of America

v.

Jeffery L. Hill

*Defendant*

Case No. 4:21CR00155-01 BSM

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                          **Jeffery L. Hill**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment      [ ] Superseding Indictment      [ ] Information      [ ] Superseding Information      [ ] Complaint

[ ] Probation Violation Petition      [ ] Supervised Release Violation Petition      [ ] Violation Notice      [ ] Order of the Court

This offense is briefly described as follows: **Possession of Firearms by a felon, as further explained in the attached documents.**

Date:   June 2, 2021

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __6/2/2021__, and the person was arrested on *(date)* __6/14/21__ at *(city and state)* __Conway AR__.<br><br>Date: __6/14/2021__<br><br>_____<br>*Arresting officer's signature*<br><br>Terry Bumann<br>_____<br>*Printed name and title* |